**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| PLENTYOFFISH MEDIA, INC., | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO.: 1:09CV1152 TSE/TRJ |
| ANH TRAN, | ) **STIPULATION TO WAIVE ORAL ARGUMENTS AND TO HAVE DEFENDANT'S MOTION TO DISMISS BE DECIDED ON THE PAPERS** |
| Defendant. | ) |

## RECITAL

Plaintiff Plentyoffish Media, Inc. and Defendant Anh Tran, by and through counsel, and pursuant to Local Rule 7(E) of the Local Rules for the Eastern District of Virginia, hereby stipulate to waive oral arguments for Defendant's pending Motion to Dismiss and to have Defendant's motion be decided on the papers.

On November 11, 2009, Defendant's counsel filed a Motion to Dismiss with the Court. On November 19, 2009, Defendant's counsel filed a Notice of Hearing Date on Defendant's Motion to Dismiss set for December 4, 2009.

The Clerk of the Court notified Defendant's counsel that Judge T.S. Ellis, III was unavailable to hear motions on December 4. Defendant's counsel notified the Clerk that they would Renotice the Hearing Date for December 11, 2009.

On November 20, 2009, the Court, *sua sponte*, continued the motion hearing date to December 18, 2009.

Defendant's counsel currently has motions pending in Richmond, Virginia on December 18, 2009. These hearing dates have already been continued twice, and the court will not grant

1

any further continuances.

Pursuant to Local Rule 7(E) of the Local Rules for the Eastern District of Virginia, "[t]he moving party shall be responsible to set the motion for hearing or to arrange with opposing counsel for submission of the motion without oral argument."

On December 7, 2009, Plaintiff's counsel agreed to waive oral arguments on Defendant's motion to dismiss and to have the issue be decided on the papers.

For the foregoing reasons, the parties, through their undersigned counsel, stipulate and agree to waive oral arguments for Defendant's pending Motion to Dismiss and to have Defendant's motion be decided on the papers.

The parties further stipulate and agree that Plaintiff's Memorandum in Opposition to Defendant's pending Motion to Dismiss shall be filed on or before December 21, 2009.

IT IS SO STIPULATED.

Dated: December 8, 2009        Dunlap, Grubb & Weaver, PLLC

                                                                                    /s/ David Ludwig
David Ludwig (VSB #73157)
199 Liberty Street, SW
Leesburg, VA 20175
Phone: (703) 777-7319
Fax: (703) 777-3656
dludwig@dglegal.com
Attorney for Plaintiff Plentyoffish Media, Inc.

Dated: December 8, 2009        Domingo J. Rivera, Attorney at Law, PLC

                                                                                     /s/ Domingo J. Rivera
Domingo J. Rivera (VSB #71407)
11551 Nuckols Road, Suite N
Glen Allen, VA 23059
Phone: (804) 332-6585
Fax:    (866) 651-2004
djr@cyberinternetlawyer.com
Attorney for Defendant Anh Tran

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December __, 2009

                                                                                                                                                  _____
                                                                                                                                                  The HONORABLE T.S. ELLIS, III
                                                                                                                                                  United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:


Thomas M. Dunlap, Esq. (VSB #44016)
David Ludwig, Esq. (VSB #73157)
*Dunlap, Grubb & Weaver, PLLC*
199 Liberty Street, SW
Leesburg, VA 20175
Phone: (703) 777-7319
Fax: (703) 777-3656
dludwig@dglegal.com
*Counsel for Plaintiff Plentyoffish Media, Inc.*

                                                  /s/
                                    Domingo J. Rivera, Esq. (VSB # 71407)
                                    *Domingo J. Rivera, Attorney at Law, PLC*
                                    11551 Nuckols Road, Suite N
                                    Glen Allen, VA 23059
                                    Phone: (804) 332-6585
                                    Fax:  (866) 651-2004
                                    djr@cyberinternetlawyer.com
                                    *Counsel for Defendant Anh Tran*