IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PLENTYOFFISH MEDIA, INC., )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ANH TRAN, )<br>      Defendant. ) | Civil Action No. 1:09cv1152 |

## ORDER

The matter is before the Court on the parties' December 8, 2009 joint stipulation to waive oral argument on defendant's motion to dismiss (Doc. 6), currently scheduled for hearing at 10:00 a.m., Friday, December 18, 2009. In addition, the parties stipulate that plaintiff's memorandum in opposition to defendant's motion to dismiss shall be filed on or before December 21, 2009.

Accordingly, and for good cause,

It is hereby **ORDERED** that the hearing currently scheduled in this matter is **REMOVED** from the Friday, December 18, 2009 docket, and that defendant's motion to dismiss be decided on the parties' submissions without oral argument.

It is further **ORDERED** that plaintiff file its memorandum in opposition to defendant's motion to dismiss by 5:00 p.m., Monday, December 21, 2009.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
December 8, 2009

                                                           /s/
                                                T. S. Ellis, III
                                                United States District Judge